(65 South. 479)

No. 20399.

SAMPITE et al. v. DESLOUCHE et al.

(May 25, 1914.)

*(Syllabus by the Court.)*

APPEAL AND ERROR (§ 627\*)—DISMISSAL—DELAY IN FILING TRANSCRIPT.

Where the delay for filing the transcript in the Supreme Court was extended to a day certain, and the transcript was not filed until the next day, the appeal will be dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2744–2749, 3126; Dec. Dig. § 627.\*]

Appeal from Eleventh Judicial District Court, Parish of Natchitoches; W. T. Cunningham, Judge.

Action by Dr. J. A. Sampite and others against Mrs. Maria Deslouche and others. From judgment for defendants, plaintiffs appeal. Appeal dismissed.

Henry & Gunter, of Natchitoches, for appellants. Breazeale & Breazeale, of Natchitoches, for appellees.

LAND, J. Defendants and appellees have moved to dismiss the appeal herein on the following grounds:

That the appeal was made returnable on January 19, 1914, and the appellants, on January 19, 1914, obtained an order for an extension of ten days, that is, until January 30, 1914, and that the transcript was not filed

until January 31, 1914. The order reads as follows:

"It is ordered by the court that the return day for filing said transcript in this court be extended to the 30th day of January, 1914."

The transcript was filed in this court on January 31, 1914.

There can be no question that the additional time granted for the filing of the transcript expired on January 30, 1914.

And it is a well-settled rule of practice in civil cases that where the delay for the return of an appeal has been extended, and the transcript has not been filed in the Supreme Court on or before the return day, the appeal will be dismissed. Richardson v. Cobb, 130 La. 203, 57 South. 889.

Appeal dismissed.